## WILGUS v. VAN SICKLE.

(Circuit Court, S. D. California. January 15, 1900.)

### No. 900.

PATENTS—SUIT FOR INFRINGEMENT—TEMPORARY INJUNCTION.
　　Where the validity of complainant's patent has been successfully assailed in prior suits, although upheld in others, a preliminary injunction against infringement will not be granted.

This is a suit in equity for infringement of a patent. On motion for preliminary injunction.

Cornelius Cole and Willoughby Cole, for complainant.
Diehl & Chambers, for defendant.

WELLBORN, District Judge. Application for temporary injunction against alleged infringements of patent. While the validity of complainant's patent has been upheld in several suits, it has been successfully assailed in two. Under these circumstances, a temporary injunction ought not to be granted, and the application therefor will be denied.